UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS ANDERSON,<br>　　　　Plaintiff,<br>　　v.<br>ERIC ARNOLD, Warden; et al.,<br>　　　　Defendants.<br>　　　　　　　　　　　　　　　／ | No. C 14-3905 SI (pr)<br><br>**ORDER OF TRANSFER** |

　　Plaintiff, an inmate at the California State Prison - Solano, filed this civil action for a writ of mandate. His pleading is quite difficult to understand, but appears to complain about events and omissions that occurred at the California State Prison - Solano in Vacaville. That prison is located in Solano County, which is within the venue of the Eastern District of California. Some or all of the defendants apparently reside in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint appear to have occurred in, the Northern District. Venue therefore would be proper in the Eastern District and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

　　IT IS SO ORDERED.

Dated: November 10, 2014

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge